**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: COLLINS, JOHN P.<br>COLLINS, ELIZABETH B.<br>FIRM, THE INGERSOLL<br>Debtor(s) | § Case No. 09-73931<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/31/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 12/21/2010     By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: COLLINS, JOHN P. § | Case No. 09-73931 |
| COLLINS, ELIZABETH B. § | |
| FIRM, THE INGERSOLL § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,020.45 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 14,020.45 |
| **Balance on hand:** | $ 14,020.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 14,020.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,152.05 | 0.00 | 2,152.05 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 2,010.00 | 0.00 | 2,010.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 244.25 | 0.00 | 244.25 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,406.30 |
| Remaining balance: | $ | 9,614.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $      0.00
Remaining balance:  $  9,614.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $      0.00
Remaining balance:  $  9,614.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,769.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 6,536.90 | 0.00 | 629.92 |
| 2 | Chase Bank USA, N.A. | 17,487.93 | 0.00 | 1,685.19 |
| 3 | Chase Bank USA, N.A. | 6,407.90 | 0.00 | 617.49 |
| 4 | ComEd | 1,013.42 | 0.00 | 97.66 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 10,545.53 | 0.00 | 1,016.20 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 14,228.29 | 0.00 | 1,371.09 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 19,338.17 | 0.00 | 1,863.49 |
| 8 | Sallie Mae | 23,759.45 | 0.00 | 2,289.54 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | Capital Recovery III LLC As Assignee of FIFTH THIR | 182.09 | 0.00 | 17.55 |
| 10 | Ashley Funding Services LLC its successors and | 270.00 | 0.00 | 26.02 |

Total to be paid for timely general unsecured claims:  $  9,614.15
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Jan 11, 2011
Case: 09-73931                Form ID: pdf006             Total Noticed: 35

The following entities were noticed by first class mail on Jan 13, 2011.
db/jdb        +John P. Collins,   Elizabeth B. Collins,   1823 Kings Gate Lane,   Crystal Lake, IL 60014-2906
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
14438788      +AAMS,   4800 George Mills,   West Des Moines, IA 50265-5263
14438789      +Advocate Medical Group,   701 Lee Street,   Des Plaines, IL 60016-4539
14438791      +BAC Home Loan Servicing LP,   7105 Corporate Drive,   Plano TX 75024-4100
14438790       Bank of America,   4060 Ogleton Stan,   Mail Code DES-019,   Newark, DE 19713
15825652      +Barrington OB/GYN & Assoc,   27790 W Highway 22, #32,   Barrington, IL 60010-2396
14438792      +Beneficial,   P.O. Box 17574,   Baltimore, MD 21297-1574
14992344      +Capital Recovery III LLC As Assignee of FIFTH THIR,   Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14438793      +Centegra Memorial Medical Center,   P.O. Box 1990,   Woodstock, IL 60098-1990
14438794      +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14725281       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14438796       Derick Dermatology,   Post Office Box 66007,   Chicago, IL 60666-0007
14438798      +First American Bank,   700 Busse Road,   Elk Grove Village, IL 60007-2133
14438799      +Genesee Valley Laser Centre,   c/o Superior Collections,   Post Office Box 305,
                Hamlin, NY 14464-0305
14438800       IL Dept. of Revenue,   Bankruptcy Section,   Post Office Box 64338,   Chicago, IL 60664-0338
14438801     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   230 S. Dearborn Street,   STOP 5013 CHI,
                Chicago, IL 60604)
14438802       Matthew Bender & Co, Inc.,   Post Office Box 7247-0178,   Philadelphia, PA 19170-0178
14438803      +McHenry County Jewish Congregation,   8617 Ridgefield Rd.,   Crystal Lake, IL 60012-2713
14438804       Moraine Emergency Physicians,   PO Box 8759,   Philadelphia, PA 19101-8759
14438805     ++NATIONWIDE RECOVERY SERVICE,   PO BOX 8005,   CLEVELAND TN 37320-8005
               (address filed with court: Nationwide Recovery Serv.,   545 W. Inman Street,
                Cleveland, TN 37311)
15825653      +North Shore Agency,   P O Box 9205,   Old Bethpage, NY 11804-9005
14968033      +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre PA 18706-1496
14438806       Sallie Mae,   Post Office Box 9500,   Wilkes-Barre, PA 18773-9500
15825654       Tassimo,   P O Box 6361,   Dover, DE 19905-6361
14438807      +Thomson West,   610 Opperman rive,   Egan, MN 55123-1340
14438808      +Van Ru Credit Corporation,   1350 E. Touhy Ave,   Suite 100E,   Des Plaines, IL 60018-3337

The following entities were noticed by electronic transmission on Jan 12, 2011.
tr            +E-mail/Text: KATHY@EGBBL.COM                                 Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
14438787      +E-mail/Text: KM@ARCONCEPTSINC.COM                             A/R Concepts,
                33 W. Higgins Rd., #715,   South Barrington, IL 60010-9103
14992461       E-mail/Text: resurgentbknotifications@resurgent.com
                Ashley Funding Services LLC its successors and,   assigns as assignee of Reimbursement,
                Technologies, Inc,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14814409       E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2011 00:50:46      Capital Recovery III LLC,
                c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
14438795      +E-mail/Text: legalcollections@comed.com                           ComEd,   2100 Swift Dr,
                Oakbrook, IL 60523-1559
14637571       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2011 00:42:55       DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14438797       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2011 00:42:55       Discover,   12 Reads Way,
                New Castle, DE 19720-1649
14933754       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2011 10:10:54
                FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Jan 11, 2011
Case: 09-73931                Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2011**                    **Signature:**    *Joseph Speetjens*