**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | |
|---|---|
| In re: COLLINS, JOHN P. | § Case No. 09-73931 |
| COLLINS, ELIZABETH B. | § |
| FIRM, THE INGERSOLL | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $415,495.00          Assets Exempt: $44,495.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,614.43     Claims Discharged
                                                Without Payment: $109,324.30

Total Expenses of Administration: $4,406.30

---

3) Total gross receipts of $ 14,020.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,020.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $464,455.25 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,406.30 | 4,406.30 | 4,406.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,922.92 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,564.57 | 99,769.68 | 99,769.68 | 9,614.43 |
| **TOTAL DISBURSEMENTS** | $579,942.74 | $104,175.98 | $104,175.98 | $14,020.73 |

    4) This case was originally filed under Chapter 7 on September 11, 2009. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2011    By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable in Debtors possession | 1129-000 | 2,507.50 |
| Reversed Deposit 100002 1 Accounts Receivable in | 1129-000 | -2,507.50 |
| Accounts receivable | 1129-000 | 5,015.00 |
| Misc (unscheduled) | 1229-000 | 9,000.00 |
| Interest Income | 1270-000 | 5.73 |
| **TOTAL GROSS RECEIPTS** | | **$14,020.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First American Bank | 4110-000 | 97,185.15 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Mortgage | 4110-000 | 338,270.10 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$464,455.25** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,152.05 | 2,152.05 | 2,152.05 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,010.00 | 2,010.00 | 2,010.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 244.25 | 244.25 | 244.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,406.30 | 4,406.30 | 4,406.30 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IL Dept. of Revenue Bankruptcy Section | 5200-000 | 1,293.43 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 2,629.49 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 3,922.92 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 6,296.55 | 6,536.90 | 6,536.90 | 629.94 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 16,923.62 | 17,487.93 | 17,487.93 | 1,685.24 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,208.58 | 6,407.90 | 6,407.90 | 617.50 |
| 4 | ComEd | 7100-000 | N/A | 1,013.42 | 1,013.42 | 97.66 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 10,505.81 | 10,545.53 | 10,545.53 | 1,016.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 14,112.12 | 14,228.29 | 14,228.29 | 1,371.13 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 19,257.68 | 19,338.17 | 19,338.17 | 1,863.55 |
| 8 | Sallie Mae | 7100-000 | 23,014.08 | 23,759.45 | 23,759.45 | 2,289.61 |
| 9 | Capital Recovery III LLC As Assignee of FIFTH THIR | 7100-000 | N/A | 182.09 | 182.09 | 17.55 |
| 10 | Ashley Funding Services LLC its successors and | 7100-000 | N/A | 270.00 | 270.00 | 26.02 |
| NOTFILED | Derick Dermatology | 7100-000 | 144.10 | N/A | N/A | 0.00 |
| NOTFILED | Genesee Valley Laser Centre c/o Superior Collections | 7100-000 | 82.46 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Jewish Congregation | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomson West | 7100-000 | 34.31 | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corporation | 7100-000 | 272.97 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery Serv. | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Matthew Bender & Co, Inc. | 7100-000 | 67.78 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 176.50 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | AAMS | 7100-000 | 190.39 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 448.50 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 10,075.12 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 111,564.57 | 99,769.68 | 99,769.68 | 9,614.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73931  
**Case Name:** COLLINS, JOHN P.  
COLLINS, ELIZABETH B.  
**Period Ending:** 04/20/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/11/09 (f)  
**§341(a) Meeting Date:** 10/16/09  
**Claims Bar Date:** 01/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1823 Kings Gate | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 95.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Firearms, sports, photographic and hobby equip. | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Interests in insurance policies | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in businesses | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Accounts receivable | 7,000.00 | 5,015.00 | | 5,015.00 | FA |
| 13 | Autos, trucks, trailers, other vehicles, access. | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Autos, trucks, trailers, other vehicles, access. | 26,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Office equipment, furnishings, and supplies | 150.00 | 0.00 | DA | 0.00 | FA |
| 16 | Misc (unscheduled) (u)<br>Potential preference to mother, Ellen Biglore.<br>Debtors allege the amount paid was $12,000 | 0.00 | 9,000.00 | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.73 | FA |
| 17 | Assets  Totals (Excluding unknown values) | $422,495.00 | $14,015.00 | | $14,020.73 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010  **Current Projected Date Of Final Report (TFR):**  December 21, 2010  (Actual)

Printed: 04/20/2011 03:57 PM  V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73931 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COLLINS, JOHN P. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | COLLINS, ELIZABETH B. | | **Account:** | ***-*****01-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2769 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 04/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/29/10 | {12} | Ellen S. Bilgore | Accounts Receivable in Debtors possession | 1129-000 | 2,507.50 | | 2,507.50 |
| 03/29/10 | | Ellen S. Bilgore | Accounts Receivable in Debtors possession | 1129-000 | 2,507.50 | | 5,015.00 |
| 03/30/10 | | Ellen S. Bilgore | Reversed Deposit 100002 1 Accounts Receivable in Debtors possession | 1129-000 | -2,507.50 | | 2,507.50 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,507.51 |
| 04/06/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | 9999-000 | -2,507.51 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,507.51 | 0.00 | |
| | | | **Subtotal** | | 2,507.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,507.51** | **$0.00** | |

{} Asset reference(s)

Printed: 04/20/2011 03:57 PM    V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73931  
**Case Name:** COLLINS, JOHN P.  
COLLINS, ELIZABETH B.  
**Taxpayer ID #:** **-***2769  
**Period Ending:** 04/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-19 - Trustee Investment Acct  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******0165 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.28 | | 10,000.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,001.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,002.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,004.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.14 |
| 10/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 10,004.14 |
| 10/01/10 | | To Account #9200******0165 | Close TIA via TIA Rollover | 9999-000 | | 10,004.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,004.14 | 10,004.14 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 10,004.14 | |
| | | | **Subtotal** | | 4.14 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.14** | **$0.00** | |

{} Asset reference(s)   Printed: 04/20/2011 03:57 PM   V.12.56

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-73931  
**Case Name:** COLLINS, JOHN P.  
COLLINS, ELIZABETH B.  
**Taxpayer ID #:** **-***2769  
**Period Ending:** 04/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | 9999-000 | 2,507.51 | | 2,507.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,507.63 |
| 05/17/10 | {16} | Ellen S. Bilgore | Compromise with Ellen Biglore | 1229-000 | 9,000.00 | | 11,507.63 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******0119 | | 9999-000 | | 10,000.00 | 1,507.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 1,507.88 |
| 06/14/10 | {12} | Catholic Heathcare West | accounts receivable | 1129-000 | 2,507.50 | | 4,015.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 4,015.55 |
| 07/07/10 | | Richard T. Jones | attorneys fees pursuant to agreed order dated 7/7/10 (deposited in error) | 9999-000 | 400.00 | | 4,415.55 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,415.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,416.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,416.09 |
| 10/01/10 | | From Account #9200******0119 | Close TIA via TIA Rollover | 9999-000 | 10,004.14 | | 14,420.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,420.34 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,420.45 |
| 12/21/10 | 11001 | Ehrmann Gehlbach Badger & Lee | deposited in error- money should have been paid to law firm per court order | 9999-000 | | 400.00 | 14,020.45 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,020.57 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,020.68 |
| 02/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 14,020.73 |
| 02/15/11 | | To Account #9200******0166 | final distribution | 9999-000 | | 14,020.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,420.73 | 24,420.73 | $0.00 |
| | | | Less: Bank Transfers | | 12,911.65 | 24,420.73 | |
| | | | **Subtotal** | | 11,509.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,509.08** | **$0.00** | |

{} Asset reference(s)

Printed: 04/20/2011 03:57 PM   V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-73931  
**Case Name:** COLLINS, JOHN P.  
COLLINS, ELIZABETH B.  
**Taxpayer ID #:** **-***2769  
**Period Ending:** 04/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/11 | | From Account #9200******0165 | final distribution | 9999-000 | 14,020.73 | | 14,020.73 |
| 02/16/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $2,152.05, Trustee Compensation; Reference: | 2100-000 | | 2,152.05 | 11,868.68 |
| 02/16/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,010.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,010.00 | 9,858.68 |
| 02/16/11 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $244.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 244.25 | 9,614.43 |
| 02/16/11 | 104 | DISCOVER BANK | Dividend paid 9.63% on $6,536.90; Claim# 1; Filed: $6,536.90; Reference: | 7100-000 | | 629.94 | 8,984.49 |
| 02/16/11 | 105 | Chase Bank USA, N.A. | Dividend paid 9.63% on $17,487.93; Claim# 2; Filed: $17,487.93; Reference: 42668411694784 17 | 7100-000 | | 1,685.24 | 7,299.25 |
| 02/16/11 | 106 | Chase Bank USA, N.A. | Dividend paid 9.63% on $6,407.90; Claim# 3; Filed: $6,407.90; Reference: 4388549040466880 | 7100-000 | | 617.50 | 6,681.75 |
| 02/16/11 | 107 | ComEd | Dividend paid 9.63% on $1,013.42; Claim# 4; Filed: $1,013.42; Reference: | 7100-000 | | 97.66 | 6,584.09 |
| 02/16/11 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.63% on $10,545.53; Claim# 5; Filed: $10,545.53; Reference: 374322045434731 | 7100-000 | | 1,016.23 | 5,567.86 |
| 02/16/11 | 109 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.63% on $14,228.29; Claim# 6; Filed: $14,228.29; Reference: 374316825630302 | 7100-000 | | 1,371.13 | 4,196.73 |
| 02/16/11 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.63% on $19,338.17; Claim# 7; Filed: $19,338.17; Reference: 4888931174760301 | 7100-000 | | 1,863.55 | 2,333.18 |
| 02/16/11 | 111 | Sallie Mae | Dividend paid 9.63% on $23,759.45; Claim# 8; Filed: $23,759.45; Reference: | 7100-000 | | 2,289.61 | 43.57 |
| 02/16/11 | 112 | Capital Recovery III LLC As Assignee of FIFTH THIR | Dividend paid 9.63% on $182.09; Claim# 9; Filed: $182.09; Reference: | 7100-000 | | 17.55 | 26.02 |
| 02/16/11 | 113 | Ashley Funding Services LLC its successors and | Dividend paid 9.63% on $270.00; Claim# 10; Filed: $270.00; Reference: | 7100-000 | | 26.02 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 14,020.73 | 14,020.73 $0.00 |
| Less: Bank Transfers | 14,020.73 | 0.00 |
| Subtotal | 0.00 | 14,020.73 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $14,020.73 |

{} Asset reference(s)

Printed: 04/20/2011 03:57 PM   V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-73931  
**Case Name:** COLLINS, JOHN P.  
COLLINS, ELIZABETH B.  
**Taxpayer ID #:** **-***2769  
**Period Ending:** 04/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-67 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****01-65 | 2,507.51 | 0.00 | 0.00 |
| TIA # 9200-******01-19 | 4.14 | 0.00 | 0.00 |
| MMA # 9200-******01-65 | 11,509.08 | 0.00 | 0.00 |
| Checking # 9200-******01-66 | 0.00 | 14,020.73 | 0.00 |
| MMA # 9200-******01-67 | 0.00 | 0.00 | 0.00 |
| | $14,020.73 | $14,020.73 | $0.00 |

{} Asset reference(s)                                                                                                         Printed: 04/20/2011 03:57 PM    V.12.56